IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KRISPIN III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 09-cv-292-bbc

BRUCE MURASKI, THOMAS GORE,
MICHAEL GLAMMAN,
DONALD STRAHOTA and
MICHAEL THURMER,

    Defendants.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____       2/12/10
Peter Oppeneer, Clerk of Court             Date